**MEMO ENDORSED**



August 12, 2025

Via ECF
Hon. Dale E. Ho,
U.S.D.J. United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, New York 10007

Re:    *Joysuds, LLC v. Awesome Products, Inc., et al*. Case No. 25-02977-DEH

Dear Judge Ho:

I represent the Plaintiff in the above-referenced matter. I write to request a two-week extension of the time to file Plaintiff's opposition to Defendant Derm Cosmetic Lab's motion to dismiss. ECF No. 29. The original due date is August 18, 2025. I request an extension to September 2, 2025 due to scheduling conflicts within my office. This is Plaintiff's first request for an extension. Defendant Derm Cosmetic Lab's consents. There are no scheduled appearances before Your Honor.

Respectfully submitted,

/s/ *Anne Marie Bowler*
Anne Marie Bowler
Attorney for JoySuds, LLC

Application GRANTED. Plaintiff shall file its Opposition no later than **September 2, 2025**. SO ORDERED. The Clerk of Court is respectfully directed to terminate ECF No. 34.

Dale E. Ho
United States District Judge
Dated: August 13, 2025
New York, New York

48 west 21st street, suite 1000        www.gabaybowler.com        t. 212.941.5025
nyc 10010                                                         f. 212.202.3883