UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/24/2026_
```

JOYSUDS, LLC

                                    Plaintiff,                    **ORDER**

        -v-                                                       25-CV-2977 (DEH) (HJR)

AWESOME PRODUCTS, INC., d/b/a LA's
TOTALLY AWESOME PRODUCTS, ET
AL.

                                    Defendants.

**HENRY J. RICARDO, United States Magistrate Judge.**

On March 24, 2026, the undersigned held an off the record conference regarding the settlement process. The parties advised that a settlement conference would be more productive after the exchange of discovery. If the parties wish to engage in a settlement conference or mediation at a later date, the parties shall file a letter motion on the docket.

**SO ORDERED.**

Dated: March 24, 2026
        New York, New York

                                                _____
                                                Henry J. Ricardo
                                                United States Magistrate Judge