UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYSUDS, LLC

               Plaintiff,

    -v-

AWESOME PRODUCTS, INC., d/b/a LA's
TOTALLY AWESOME PRODUCTS, ET
AL.

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2026

**ORDER**

25-CV-2977 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

During a conference on March 24, 2026, Plaintiff stated that it was not pursuing claims against Defendant Cost Club Corp. ("Cost Club"). By **April 7, 2026**, Plaintiff shall either dismiss Cost Club from this action or file a letter on the docket stating its intentions regarding pursuing claims against Cost Club.

**SO ORDERED.**

Dated: March 24, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge