UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2026

JOYSUDS, LLC

              Plaintiff,

   -v-

AWESOME PRODUCTS, INC., d/b/a LA's
TOTALLY AWESOME PRODUCTS, ET
AL.

              Defendants.

**ORDER**

25-CV-2977 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status letter.  ECF No. 92.  The parties are directed to file a further joint status letter by **September 22, 2026**.

**SO ORDERED.**

Dated: June 23, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge