USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYSUDS, LLC,

Plaintiff,

-v-

AWESOME PRODUCTS, INC., d/b/a LA's TOTALLY AWESOME PRODUCTS, *et al.*,

Defendants.

**ORDER**

25-CV-2977 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status letter. ECF No. 94. The parties are reminded that all existing discovery deadlines remain in place. *See* ECF No. 66. The parties are directed to file a further joint status report by **November 6, 2026**, in which the parties will be expected to show that they have made progress in conducting discovery.

**SO ORDERED.**

Dated: September 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge