USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYSUDS, LLC,

Plaintiff,

-v-

AWESOME PRODUCTS, INC., d/b/a LA's TOTALLY AWESOME PRODUCTS, *et al.*,

Defendants.

**ORDER**

25-CV-2977 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' letter motion, ECF No. 96 (the "Letter Motion"), requesting to extend the deadline to file a joint status report. The Letter Motion is **GRANTED**. The parties shall file a joint status report by **December 7, 2026**. All other deadlines remain in effect.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 96 as **GRANTED**.

**SO ORDERED.**

Dated: November 5, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge