UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JoySuds, LLC,

Plaintiff,

v.

Awesome Products, Inc. et al.,

Defendants.

25-CV-2977 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of email correspondence informing it that Plaintiff has reached an agreement to settle in principle with Defendants Awesome Products, Inc., Derm Cosmetic Labs, Inc., and Ollie's Bargain Outlet Holdings, Inc. **Within thirty days** of the date of this Order, the parties are directed to file a stipulation of dismissal of Plaintiff's claims against those three Defendants.

The December 7, 2026 deadline for a joint status report remains in place for Plaintiff and the remaining Defendant, Menards Inc., unless the parties should file a notice of settlement in principle with regard to Plaintiff's claims against Menards Inc. *See* Order, ECF No. 97.

SO ORDERED.

Dated: November 16, 2026
New York, New York

DALE E. HO
United States District Judge